### W. M. CHOWNING V. THE STATE.

No. 20056. Delivered December 21, 1938.
Rehearing Denied May 3, 1939.

The opinion states the case.

*J. C. Darroch* and *E. M. Davis,* both of Brownwood, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, Presiding Judge.

Passing a forged instrument is the offense; penalty assessed at confinement in the penitentiary for two years.

The evidence presented and the legal questions raised in the instant case are identically the same as those which are before the court in the companion case of Chowning v. State, No. 20,055, in which an opinion affirming the judgment of conviction is this day rendered. Upon the authority of that case, the judgment in the present appeal is affirmed.

### ON MOTION FOR REHEARING.

GRAVES, Judge.

This is a companion case to cause No. 20055, against the same appellant, the facts being similar, and the contentions in the motion herein raising the same question relative to the passing of a similar check signed in the same manner. In accordance with the opinion this day handed down in the above companion case, we are constrained to hold that there is no merit in this motion.

The motion is accordingly overruled.